Thomas A. Vogele, Esq. (SBN 254557)
Timothy M. Kowal, Esq. (SBN 254709)
Brendan M. Loper, Esq. (SBN 282198)
THOMAS VOGELE & ASSOCIATES, APC
3199 Airport Loop Drive, Suite A-3
Costa Mesa, California 92626
Telephone:    (714) 641-1232
Facsimile:    (888) 391-4105
Email:    tvogele@tvalaw.com

Attorneys for plaintiff Alfonso Cordero and
[proposed] Special Litigation Counsel for plaintiff
and Chapter 7 Trustee, Todd A. Frealy

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA / RIVERSIDE DIVISION

| | |
|---|---|
| In Re<br><br>T3M, INC., a Delaware corporation,<br><br>Debtor.<br><br>———————————————<br><br>TODD A. FREALY, CHAPTER 7 TRUSTEE, and ALFONSO CORDERO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM TSUMPES, an individual; LENDER COLLECTIONS, LLC, a Nevada limited liability company; SEAGUARD ELECTRONICS, LLC, a Nevada limited liability company; T-ENERGY, an entity of unknown type and origin; and T-ENERGY, LLC, a Nevada limited liability company,<br><br>Defendants. | Bankruptcy Case No: 6:17-bk-14082-SY<br>Adversary Case No.: 6:19-ap-01079-SY<br><br>Chapter 7<br><br>**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT FOR:**<br><br>1. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(1))**<br>2. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(2))**<br>3. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.05)**<br>4. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(1))**<br>5. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(2))**<br>6. **VOIDABLE TRANSFER (11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.05)**<br>7. **FRAUDULENT TRANSFER (11 U.S.C. § 548(a)(1)(A))**<br>8. **FRAUDULENT TRANSFER (11 U.S.C. § 548(a)(1)(B))**<br>9. **RECOVERY OF AVOIDED TRANSFERS (11 U.S.C § 550)**<br>10. **TREBLE DAMAGES (CAL. PENAL CODE § 496)**<br>11. **DECLARATORY RELIEF (F.R.B.P. 7001)**<br>12. **DISALLOWANCE OF CLAIMS (11 U.S.C. § 502)** |

- 1 -

Plaintiffs Todd A. Frealy, the Chapter 7 Trustee for the bankruptcy estate of T3M, INC. and Alfonso Cordero (collectively, "**Plaintiffs**"), bring this first amended adversary complaint against defendants WILLIAM TSUMPES, an individual; LENDER COLLECTIONS, LLC, a Nevada limited liability company; SEAGUARD ELECTRONICS, LLC, a Nevada limited liability company; T-ENERGY, an entity of unknown type and origin; and T-ENERGY, a Nevada limited liability company, to (1) avoid transfers under 11 U.S.C. section 544, subdivision (b) and California Civil Code sections 3439.04 and 3439.05; (2) avoid fraudulent transfers under 11 U.S.C. section 548; (3) recover those avoided transfers under 11 U.S.C. section 550; (4) for treble damages pursuant to California Penal Code section 496; (5) for a judicial declaration that the named entity defendants are Tsumpes's alter egos, such that any judgment should be joint and several; and (6) to disallow any claims by the defendants against the estate, pursuant to 11 U.S.C. section 502.

In support of this first amended adversary complaint, Plaintiffs allege as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 157, 1334, and 1367.  This is an adversary proceeding pursuant to the Federal Rules of Bankruptcy Procedure, Rule 7001, subparts (1) and (9), and a core proceeding pursuant to 28 U.S.C. § 157(b)(2), subparts (A), (F), (H), and (O).

2.    Venue is proper in this district pursuant to 28 U.S.C. § 1409(a), and because all acts and conduct referenced in this Complaint by the defendants occurred in the county of Riverside in the state of California.

## PARTIES

3.    Debtor T3M, Inc. ("**T3M**") is a corporation organized and existing under and by virtue of the laws of the State of Delaware and qualified to do business in the State of California, with its principal place of business in Chino, California.  T3M petitioned for bankruptcy under Chapter 11 of the Bankruptcy Code (11 U.S.C. *et seq.*) on May 15, 2017, and on September 26, 2017, the case was converted to one under Chapter 7 of the Code.

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

4.      Plaintiff Todd A. Frealy ("**Trustee**") is the Chapter 7 Trustee appointed to the Chapter 7 Bankruptcy Case of T3M, Inc. on or about September 27, 2017 possessing an economic interest in the claims asserted herein, and, thus, standing to pursue said claims.

5.      Plaintiff Alfonso Cordero ("**Cordero**") is a creditor of T3M and a buyer of T3M assets under an Asset Purchase Agreement possessing both legal and economic interests in the claims asserted herein, and, thus standing to pursue said claims.

6.      Plaintiffs are informed and believe and thereon allege that defendant William Tsumpes ("**Tsumpes**") is an individual residing in Orange County, California, was the Chief Executive Officer of and a member of the board of directors of T3M from approximately February 22, 2013 to July 29, 2015.

7.      Plaintiffs are informed and believe and thereon allege that defendant Lender Collections, LLC ("**Lender Collections**") is a limited liability company organized and existing under the laws of the state of Nevada, that is doing business in the State of California. Upon information and belief, Plaintiffs allege that, at all relevant times, Lender Collections was and is the alter ego of Tsumpes.

8.      Plaintiffs are informed and believe and thereon allege that defendant Seaguard Electronics, LLC ("**Seaguard Electronics**") is a limited liability company organized and existing under the laws of the state of Nevada, that is doing business in the State of California. Upon information and belief, Plaintiffs allege that, at all relevant times, Tsumpes was and is the owner, principal officer, manager and/or agent of Seaguard Electronics. Plaintiffs further allege upon information and belief that Seaguard Electronics was not operated with sufficient corporate governance such that the separate nature of the entity was a fiction and that Seaguard Electronics was and is the alter ego of Tsumpes.

9.      Plaintiffs are informed and believe and thereon allege that defendant T-Energy ("**T-Energy**") is a fictitious business name under which Tsumpes does business.  Plaintiffs are informed and believe and thereon allege that defendant T-Energy, a Nevada limited liability company ("**T-Energy LLC**") is a limited liability company organized and existing under the laws of the state of Nevada, that is doing business in the State of California.  Plaintiffs are informed

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

and believe and thereon allege that T-Energy LLC is the alter ego of Tsumpes; while the ostensible sole member of T-Energy LLC is Junrong Li, an individual Plaintiffs are informed and believe and thereon allege is and was Tsumpes's fiancée, Tsumpes exerted total control over the entity, using it for his own purposes.  Plaintiffs are further informed and believe and thereon allege that Tsumpes has admitted in court filings that T-Energy is and was his company.

10.     Plaintiffs are informed and believe and thereon allege that, at all times material hereto, the named defendants herein, and each of them, was, were and are the agents, representatives, servants, alter egos or employees of the other named defendants, and each of them conspired with the remaining defendants and in doing the wrongful conduct herein alleged and were acting within the course and scope of said agency and/or employment or conspiracy, with the knowledge and consent of each other defendant and all of them jointly.

## GENERAL ALLEGATIONS

11.     At all times referenced in this Complaint, T3M was a designer, manufacturer, and marketer of personal mobility vehicles, including electric standup vehicles, commonly referred to as "ESVs."  T3M was founded in 2006 by Ki Nam, who acted as chairman of its board of directors and as CEO until 2012.  He was replaced as CEO by Rodney Keller ("**Keller**"), who served in that position for one year before leaving to become CEO of one of T3M's primary competitors, Segway.

12.     Commencing in 2012, Tsumpes was an investor and shareholder in T3M; in December 2012, he was appointed to T3M's board of directors.  Around the time Keller resigned from his position as CEO in February 2013, the board of directors met and agreed to appoint Tsumpes as CEO.  Plaintiffs are informed and believe and thereon allege that Tsumpes agreed to an annual salary of $50,000.00; no written employment agreement was ever signed.

13.     In or about September 2013, Tsumpes prepared and delivered to the board of directors a two-page proposed employment offer in letter form (the "Offer"), which proposed that Tsumpes would receive an annual salary of $400,000, plus a guaranteed employment term of two years, as well as stock options and other bonuses.

- 4 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

14.     T3M's board of directors did not approve of the terms of the Offer and did not accept it.  On September 9, 2013, the board of directors – consisting of four individuals, including Tsumpes – conducted a board meeting by telephone.  Plaintiffs are informed and believe and thereon allege that at the meeting, the board of directors – and, in particular, directors Ki Nam and David Snowden – rejected the Offer.

15.     In the fall of 2014, T3M was exploring potential investors for the company; a number of Chinese investors were interested in investing approximately $6 million, but first wanted the company's largest creditors to be paid off such that those debts would be retired.  Plaintiffs are informed and believe and thereon allege that in a November 11, 2014 e-mail, Tsumpes indicated that T3M would use some portion of the new capital to "completely retire all outstanding debt" of T3M.

16.     On or about November 17, 2014, T3M entered into a Securities Purchase Agreement through which T3M obtained approximately $6 million in investment funds from various investors in China.  These funds were transferred to T3M's bank accounts on or about January 15, 2015.

17.     On January 15, 2015, T3M's new shareholders commenced an action in the Delaware Court of Chancery seeking a declaratory judgment as to the validity of certain actions taken by the majority of shareholders.  Among other things, the plaintiff shareholders alleged that Tsumpes had refused to accept the decision by the majority stockholders to appoint three new members to the T3M board of directors and to remove him as CEO.

18.     On January 16, 2015, Tsumpes transferred $2.65 million in funds from T3M's bank account at East West Bank to his personal checking account.  On January 17, 2015, two days after T3M received approximately $6 million in investment funds, Tsumpes transferred $750,000 from T3M's East West Bank account to his personal account.  On January 20, 2015, Tsumpes transferred $2.65 million back from his personal account into T3M's account at East West Bank.  The $750,000 transferred to his personal account on January 17, 2015 was not returned.

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

19.     On January 23, 2015, the Delaware Court of Chancery issued a temporary restraining order ("TRO") limiting Tsumpes' ability to take certain actions pending the resolution of the lawsuit.

20.     Plaintiffs are informed and believe and thereon allege that on or about June 14, 2015, Tsumpes caused to be drafted a written employment agreement and back-dated it to October 13, 2013, signing it both on his own behalf and on behalf of T3M.  Plaintiffs are informed and believe and thereon allege that this forged employment agreement was retroactively created by Tsumpes to justify his diversion of corporate funds and is indicative of his intent to defraud T3M and its creditors.

21.     On July 29, 2015, the Delaware Court of Chancery issued a Final Order and Judgment removing Tsumpes from his position as a director and CEO of T3M.  The Final Order and Judgment issued on July 29, 2015 also required Tsumpes to preserve and turn over to the interim CEO, Noel Cherowbrier ("**Cherowbrier**"), all originals and all copies of the books and records of T3M in his or his affiliates' actual or constructive possession, custody, or control.

22.     In or about August 2015, T3M, with Cherowbrier acting as CEO, employed Frazer, LLP to conduct a forensic accounting of T3M's bank accounts and transactions during Tsumpes's tenure as CEO.  Plaintiffs are informed and believe and thereon allege that the forensic accounting revealed that, during his time as CEO, Tsumpes engaged in a series of transactions by which he transferred funds belonging to T3M to himself and companies which he owned and controlled, including some or all of the defendants, without authorization from T3M and without receiving any consideration or documentation in return.  A true and correct copy of the Frazer forensic accounting is attached hereto and incorporated by reference herein as **Exhibit "1"**.  Despite owing fiduciary duties of care and loyalty to T3M, Plaintiffs are informed and believe and thereon allege that Tsumpes abused his position as CEO to sign checks, wire funds, and use T3M's debit cards without oversight or authorization from T3M.  Plaintiffs are informed and believe and thereon allege that Tsumpes intentionally and repeatedly misappropriated funds belonging to the company purely for his own personal benefit.

- 6 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

23.     Specifically, beginning in June 2013 and through October of 2014, Tsumpes transferred over $360,000 to himself via written checks from T3M's accounts at Chase International Bank, California United Bank, and US Bank.

24.     Up to and immediately following close of the Securities Purchase Agreement, and as revealed by the Frazer forensic accounting, Tsumpes engaged in a series of transfers by which he used T3M's bank accounts for his own personal benefit.  Between November 2014 and July 2015, Tsumpes engaged in the following conduct:

      a.   Tsumpes made direct check payments from T3M's East West Bank account to himself in the approximate sum of $925,000;

      b.   Tsumpes made direct check payments from T3M's Chase International Bank account to himself in the approximate sum of $161,898;

      c.   Tsumpes wired approximately $179,117 from T3M's Chase International Bank account to himself;

      d.   Tsumpes withdrew $143,109 from T3M's Chase International Bank account;

      e.   Tsumpes made over $50,000 in debit card purchases from T3M's East West and Chase International bank accounts; and

      f.   Tsumpes paid himself over $200,000 in salary from T3M's Chase International Bank account.

25.     In roughly that same time period, from October 2014 to July 2015, Tsumpes also transferred to Seaguard Electronics over $275,000 in funds belonging to T3M from its accounts at California United Bank and Chase International.  As stated herein, Plaintiffs are informed and believe and thereon allege that Seaguard Electronics is an entity formed, owned, and controlled entirely by Tsumpes.

26.     All told, in just over a two-year span, between June 2013 and July 2015, Tsumpes transferred and used approximately $2.294 million of funds belonging to T3M for his own use and benefit, without T3M receiving fair value or any form of consideration in return.

- 7 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

27.     All of the above-referenced transfers (the "**Avoidable Transfers**") were made without authorization of T3M, without receiving any consideration for T3M in return, and did not benefit T3M.  The Avoidable Transfers benefitted only Tsumpes.

<u>**CLAIMS FOR RELIEF**</u>

**FIRST CLAIM FOR RELIEF**

**AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§ 3439.04(a)(1) and 3439.07)**

**(By Plaintiffs against Tsumpes and Seaguard Electronics)**

28.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 27, above, as if set forth in full.

29.     At the time of the Avoidable Transfers and at the time T3M petitioned for bankruptcy protection, a creditor held an unsecured claim against T3M.

30.     The Avoidable Transfers were transfers of property belonging to T3M.

31.     Plaintiffs are informed and believe and thereon allege that the Avoidable Transfers were made with actual intent to hinder, delay, or defraud the creditors of T3M, as set forth in California Civil Code section 3439.04, subdivision (a)(1).

32.     The Avoidable Transfers were made by and to an insider of T3M – Tsumpes, who proceeded to retain possession and/or control of the funds after the transfers.

33.     Furthermore, Tsumpes did not disclose the Avoidable Transfers, instead concealing them until he was removed as CEO and director, at which point in time the Frazer forensic accounting revealed the existence and extent of the transfers of T3M funds.

34.     Additionally, Plaintiffs are informed and believe and thereon allege that before and after the Avoidable Transfers were made, Tsumpes had been threatened with and actually sued – namely, in the Delaware Court of Chancery by T3M's shareholders.

35.     Plaintiffs are further informed and believe and thereon allege that the Avoidable Transfers consisted of T3M's assets, and that T3M was insolvent at the time or became insolvent shortly after and as a result of the transfers.

- 8 -
**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**
2179-001. 75681.

36.     Plaintiffs are informed and believe and thereon allege that T3M did not receive reasonably equivalent value for the Avoidable Transfers.  In point of fact, Plaintiffs are informed and believe and thereon allege that T3M did not receive <u>any</u> value for the Avoidable Transfers, as the transfers were made to and for the benefit of Tsumpes, with T3M receiving nothing in return.

37.     Tsumpes and Seaguard Electronics were not good faith transferees in receiving the Avoidable Transfers, as no value was given in return for the Avoidable Transfers.

**SECOND CLAIM FOR RELIEF**

**AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§**

**3439.04(a)(2) and 3439.07)**

**(By Plaintiffs against Tsumpes and Seaguard Electronics)**

38.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 37, above, as if set forth in full.

39.     Plaintiffs are informed and believe and thereon allege that the Avoidable Transfers are voidable under 11 U.S.C. section 544(b) and section 3439.04(a)(2) of the California Civil Code.

40.     At the time of the Avoidable Transfers and at the time T3M petitioned for bankruptcy protection, a creditor held an unsecured claim against T3M.

41.     T3M did not receive reasonably equivalent value for the Avoidable Transfers.

42.     Plaintiffs are informed and believe and thereon allege that Tsumpes intended for T3M to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as the debts became due.  Plaintiffs are informed and believe and thereon allege that T3M was insolvent at the time of the transfers, and/or was hemorrhaging cash such that it could not pay the debts as they became due.

43.     Plaintiffs are further informed and believe and thereon allege that, at the time the Avoidable Transfers were made, T3M was engaged in or was going to engage in business for which its remaining assets were unreasonably small in relation to the business.

**THIRD CLAIM FOR RELIEF**

- 9 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

**AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§ 3439.05 and 3439.07)**

**(By Plaintiffs against Tsumpes and Seaguard Electronics)**

44.     Plaintiffs re-alleges and fully incorporates paragraphs 1 through 43, above, as if set forth in full.

45.     Plaintiffs are informed and believe and thereon allege that the Avoidable Transfers are voidable under 11 U.S.C. section 544(b) and section 3439.05 of the California Civil Code.

46.     Plaintiffs are informed and believe and thereon allege that at the time the Avoidable Transfers were made, a creditor held an unsecured claim against T3M.

47.     Plaintiffs are further informed and believe and thereon allege that T3M did not receive reasonably equivalent value for the Avoidable Transfers.

48.     Plaintiffs are informed and believe and thereon allege that T3M was insolvent at the time of the transfers or became insolvent as a result of the Avoidable Transfers.

**FOURTH CLAIM FOR RELIEF**

**AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§ 3439.04(a)(1) and 3439.07)**

**(By Plaintiffs against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC)**

49.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 48, above, as if set forth in full.

50.     One creditor of T3M whose debt was required to be paid off as a condition to the $6 million investment in T3M was The Cordero Charitable Remainder Trust ("Cordero"), which possessed two promissory notes, one unsecured in the sum of $1 million, and one secured and in the sum of $600,000 (collectively, the "Cordero Notes").

51.     Plaintiffs are informed and believe and thereon allege that on or about October 30, 2014, T-Energy and/or T-Energy, LLC entered into Asset Purchase Agreements ("**APAs**") with The Cordero Charitable Remainder Trust by which they agreed to purchase the two Cordero Notes for approximately $0.34 on the dollar, agreeing to pay $340,000 for the $1 million unsecured note and $204,000 for the $600,000 secured note.

- 10 -

52.    Two days after T3M received approximately $6 million in investment funds, and on the same day that Tsumpes transferred $750,000 from T3M's East West Bank account to his personal account, two Cashier's Checks were signed by Tsumpes and issued to the Cordero Charitable Remainder Trust in the sums of $204,000 and $340,000; said checks stated on their face that they were issued for T-Energy LLC's purchase of the Cordero Notes.  Plaintiffs are informed and believe and thereon allege that these funds actually came from T3M, not T-Energy LLC.

53.    On or about July 4, 2015, T-Energy, with Tsumpes signing on its behalf, assigned to Lender Collections the Cordero Notes.

54.    Plaintiffs are informed and believe and thereon allege that Tsumpes and Lender Collections continue to assert their right to payment on the Cordero Notes from T3M.  On September 8, 2017, Tsumpes filed a Proof of Claim in T3M's bankruptcy case, Claim No. 12-1, which Tsumpes signed under penalty of perjury and by which he asserted a $2.46 million claim against T3M, attaching as evidence for his claim the Cordero Notes and the October 30, 2014 APA between T-Energy and Cordero.

55.    Plaintiffs are informed and believe and thereon allege that T-Energy, T-Energy LLC, and Lender Collections are alter egos of Tsumpes.  Under the alter ego doctrine, when the corporate form is used to perpetuate a fraud or accomplish some other wrongful or inequitable purpose, the courts will ignore the corporate entity and deem the entity's acts to be those of the persons or organizations actually controlling the corporation.  An entity is an alter ego of an individual if there is such unity of interest and ownership that the separate personalities of two do not exist, and that adherence to the fiction of the separate existence of the entity would sanction a fraud or promote injustice.

56.    Among the factors to be considered in applying the alter ego doctrine are commingling of funds and assets between entities, the holding out by one entity that it is liable for the debts of another, identical equitable ownership in the entities, use of the same offices and employees, and use of one as a mere shell or conduit for the affairs of the other.  Other factors

- 11 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

which have been described include disregard of corporate formalities, lack of segregation of corporate records, and identical directors and officers.

57.     Plaintiffs are informed and believe and thereon allege that Tsumpes possesses and enjoys all beneficial ownership of T-Energy, T-Energy LLC, and Lender Collections.  Plaintiffs allege that there is total unity of interest between Tsumpes and the entities, that funds are and have been transferred and commingled, and that Tsumpes has disregarded corporate formalities with respect to the entities.

58.     Ultimately, Plaintiffs are informed and believe and thereon allege that T-Energy, T-Energy LLC, and Lender Collections were created and used to perpetuate a fraud or some other wrongful and/or inequitable purpose; namely, defrauding T3M of at least $544,000 in funds. Rather than purchasing and retiring the Cordero debt on behalf of T3M, Tsumpes used T3M's property – the $6 million in investment monies – to fund T-Energy LLC and/or T-Energy's purchase of purchase the Cordero Notes, assigned those notes to Lender Collections, and now seeks to collect on the assigned debt.

59.     Plaintiffs are further informed and believe and thereon allege that perpetuating the fiction of the separate existence of these three entities would allow Tsumpes's fraudulent scheme to prosper.

60.     Plaintiffs are informed and believe and thereon allege that Tsumpes's purchase of the Cordero Notes (via T-Energy and/or T-Energy LLC and with T3M funds) and subsequent assignment of the debt to Lender Collections (the "**Lender Transfer**") was done with actual intent to hinder, delay, or defraud the creditors of T3M, as set forth in California Civil Code section 3439.04, subdivision (a)(1).

61.     The Lender Transfer was made by and to an insider of T3M – Tsumpes, who proceeded to retain possession and/or control of the debt.  At the time of the transaction, Tsumpes had been threatened with and actually sued – namely, in the Delaware Court of Chancery by T3M's shareholders.

62.     Plaintiffs are further informed and believe and thereon allege that that Tsumpes did not disclose the nature of the Lender Transfer, instead repeatedly representing to T3M, its

- 12 -

board, and its members that all debt, including the Cordero Notes, would be extinguished through the investment monies.

63.    The transaction occurred at a time when T3M was insolvent or shortly before T3M became insolvent as a result, and T3M did not receive reasonably equivalent value. In fact, T3M funds were used to pay for the notes, but Tsumpes, through T-Energy LLC and Lender Collections, seeks to use the notes to receive additional funds from T3M.

64.    Plaintiffs are informed and believe and thereon allege that Tsumpes, T-Energy, T-Energy LLC, and Lender Collections were not good faith transferees in their receipt of the Lender Transfer.

### FIFTH CLAIM FOR RELIEF

### AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§ 3439.04(a)(2) and 3439.07)

### (By Plaintiffs against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC)

65.    Plaintiffs re-allege and fully incorporate paragraphs 1 through 64, above, as if set forth in full.

66.    Plaintiffs are informed and believe and thereon allege that the Lender Transfer is voidable under 11 U.S.C. section 544(b) and section 3439.04(a)(2) of the California Civil Code

67.    At the time of the Avoidable Transfers and at the time T3M petitioned for bankruptcy protection, a creditor held an unsecured claim against T3M.

68.    Plaintiffs are informed and believe and thereon allege that T3M did not receive reasonably equivalent value for the Lender Transfer, as T3M funds were used to pay for the notes, but Tsumpes, through T-Energy LLC and Lender Collections, seeks to use the notes to collect additional funds from T3M.

69.    Plaintiffs are further informed and believe and thereon allege that Tsumpes intended for T3M to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as the debts became due. In point of fact, Plaintiffs are informed and believe and thereon allege that Tsumpes's use of T3M funds to purchase the Cordero Notes,

### PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT

2179-001. 75681.

and then calling the notes, was an attempt to force T3M into insolvency so that Tsumpes could seize control of the company.

70.     Plaintiffs are informed and believe and thereon allege that, at the time the Lender Transfer was made, T3M was engaged in or was going to engage in business for which its remaining assets were unreasonably small in relation to the business

**SIXTH CLAIM FOR RELIEF**

**AVOIDANCE OF TRANSFER (11 U.S.C. § 544(b) and CAL. CIVIL CODE §§ 3439.05 and 3439.07)**

**(By Plaintiffs against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC)**

71.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 70, above, as if set forth in full.

72.     Plaintiffs are informed and believe and thereon allege that the Lender Transfer is voidable under 11 U.S.C. section 544(b) and section 3439.05 of the California Civil Code.

73.     Plaintiffs are informed and believe and thereon allege that at the time the Lender Transfer was made, a creditor held an unsecured claim against T3M.

74.     Plaintiffs are further informed and believe and thereon allege that T3M did not receive reasonably equivalent value for the Lender Transfer.

75.     Plaintiffs are informed and believe and thereon allege that T3M was insolvent at the time of the Lender Transfer or became insolvent as a result of the Lender Transfer.

**SEVENTH CLAIM FOR RELIEF**

**AVOIDANCE OF FRAUDULENT TRANSFER (11 U.S.C. § 548(a)(1)(A))**

**(By Plaintiffs against Tsumpes and Seaguard Electronics)**

76.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 75, above, as if set forth in full.

77.     A number of the Avoidable Transfers occurred within two years before the date of the filing of the petition.  Specifically, Tsumpes transferred over $288,000 to himself from T3M's bank account at Chase International in July of 2015; that same month, Tsumpes also transferred over $225,000 to Seaguard Electronics.  These transfers occurred after the Delaware Court of

- 14 -

Chancery had issued the TRO ostensibly prohibiting Tsumpes from making such transfers, and just prior to the issuance of the Court of Chancery's July 29, 2015 Final Order and Judgment removing Tsumpes as CEO and director.

78.     These transfers in July 2015 (the "**July 2015 Transfers**") consisted of a transfer of property of T3M to Tsumpes and Seaguard Electronics.

79.     Plaintiffs are informed and believe and thereon allege that Tsumpes made the July 2015 Transfers with actual intent to hinder, delay, or defraud T3M and its creditors.

80.     Plaintiffs are also informed and believe and thereon allege that Tsumpes and Seaguard Electronics were not good faith transferees with respect to the July 2015 Transfers, as they paid no value for the transfers, let alone reasonably equivalent value, and because Tsumpes, and Seaguard Electronics as an extension of Tsumpes, was aware that the purpose of the transfers was to benefit Tsumpes in his individual and personal capacity to the detriment of T3M.

**EIGHTH CLAIM FOR RELIEF**

**AVOIDANCE OF FRAUDULENT TRANSFER (11 U.S.C. § 548(a)(1)(B))**

**(By Plaintiffs against Tsumpes and Seaguard Electronics)**

81.     Plaintiffs re-alleges and fully incorporate paragraphs 1 through 80, above, as if set forth in full.

82.     T3M received far less than a reasonably equivalent value in exchange for the July 2015 Transfers; in point of fact, Plaintiffs are informed and believe and thereon allege that T3M did not receive anything for the transfers, as the transfers were made by and for the sole benefit of Tsumpes.

83.     Plaintiffs are also informed and believe and thereon allege that the July 2015 Transfers were made to or for the benefit of an insider of T3M – namely, Tsumpes, the individual who at the time of the transfers was the CEO and a director of the company.  Plaintiffs are further informed and believe and thereon allege that these transfers were not made in the ordinary course of business, as their sole purpose was to benefit Tsumpes.

84.     Plaintiffs are informed and believe and thereon allege that T3M was insolvent at the time the July 2015 Transfers were made, or became insolvent as a result of those transfers.

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

Further, Plaintiffs are informed and believe and thereon allege that, in making the July 2015 Transfers, Tsumpes intended for T3M to incur, or believed it would incur, debts beyond its ability to repay.

85.     Plaintiffs are informed and believe and thereon allege that at time the of the July 2015 Transfers, T3M was engaged in business, or was about to engage in business, for which its remaining assets was an unreasonably small capital.

86.     Plaintiffs are also informed and believe and thereon allege that Tsumpes and Seaguard Electronics were not good faith transferees with respect to the July 2015 Transfers.

## NINTH CLAIM FOR RELIEF

## RECOVERY OF AVOIDED TRANSFERS (11 U.S.C. § 550)

## (By Plaintiffs against All Defendants)

87.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 86, above, as if set forth in full.

88.     Plaintiffs are entitled to avoid the transfers referenced herein – the Avoidable Transfers, the Lender Transfer, and the July 2015 Transfers – pursuant to Bankruptcy Code sections 544 and 548, respectively.

89.     The initial transferees were Tsumpes – receiving a sum total exceeding $2 million – and Seaguard Electronics, which received over $275,000.  T-Energy and/or T-Energy LLC, and Lender Collections, were the immediate or mediate transferee of the initial transferees with respect to the $544,000 paid to purchase the Cordero Notes.

90.     Pursuant to Bankruptcy Code section 550, Plaintiffs are entitled to recover the value of those avoided transfers from Tsumpes, Seaguard Electronics, Lender Collections, T-Energy, and T-Energy LLC.

## TENTH CLAIM FOR RELIEF

## CIVIL CLAIM FOR TREBLE DAMAGES (CAL. PENAL CODE § 496)

## (By Plaintiffs against All Defendants)

91.     Plaintiffs re-allege and fully incorporate paragraphs 1 through 90, above, as if set forth in full.

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

92.     For their personal financial advantage and gain, all of the defendants named herein engaged in a manner of theft and have received and/or concealed the stolen money and property knowing the funds have been embezzled, misappropriated, fraudulently transferred or stolen.

93.     California Penal Code § 496, subdivision (a) makes receiving or buying property "that has been obtained in any manner constituting theft or extortion, knowing the property to be stolen or obtained, or who conceals, sells, withholds, or aids in concealing, selling, or withholding any property from the owner, knowing the property to be so stolen or obtained," a criminal offense punishable by imprisonment.

94.     California Penal Code § 496, subdivision (c) provides that any person "who has been injured by a violation of [subdivision (a)] . . . may bring an action for three times the amount of actual damages, if any, sustained by the plaintiff, costs of suit, and reasonable attorney's fees."

95.     Based on the statutory language, the California Court of Appeal has ruled that a criminal conviction under Penal Code § 496(a) is not a prerequisite to recover treble damages under Penal Code § 496(c). (*Bell v. Feibush* (2013) 212 Cal.App.4th 1041 [upholding treble damages award where the defendant fraudulently induced the plaintiff to make a loan and then never repaid the funds].)

96.     The phrase "any manner constituting theft" under California Penal Code § 496(a) has been broadly construed and includes, as defined by California Penal Code § 484(a) and confirmed by the *Bell* court, any situation in which a person "knowingly and designedly, by any false or fraudulent representation or pretense, defraud[s] any other person of money …

97.     Plaintiffs are informed and believe and thereon allege that all of the defendants for their own financial advantage and gain, have engaged in a manner of theft and have received and/or concealed stolen property as defined by California Penal Code §§ 484(a) and 496(a).

98.     Defendants have stolen money and property from Plaintiffs through massive and ongoing fraudulent transfers – namely, the Avoidable Transfers, the Lender Transfer, and the July 2015 Transfers referenced herein. These acts violate California Penal Code § 496 called "receiving or concealing stolen property."

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

99.     Defendants have refused to return the stolen property and continue to hold the

money in violation of California Penal Code § 496(a).

100.    Plaintiffs are persons who have been injured by a violation of California Penal

Code § 496(c) and should be awarded treble damages, its reasonable attorney fees, and costs of

suit as provided in the statute.

101.    Plaintiffs have incurred and will continue to incur attorney fees and costs as a

result of the actions of these defendants in an amount according to proof at the time of trial.

**ELEVENTH CLAIM FOR RELIEF**

**DECLARATORY RELIEF (F.R.B.P. 7001(2) & (9))**

**(By Plaintiffs against All Defendants)**

102.    Plaintiffs re-allege and fully incorporate paragraphs 1 through 101, above, as if set

forth in full.

103.    As detailed herein, Plaintiffs are informed and believe and thereon allege that T-

Energy, T-Energy LLC, and Lender Collections are the alter egos of Tsumpes.

104.    Plaintiffs are further informed and believe and thereon allege that Seaguard

Electronics is Tsumpes's alter ego, as Tsumpes is listed as the manager of the entity, enjoys all

beneficial ownership of the entity, its property, and assets such that there is total unity of interest

between he and the entity.  Plaintiffs are informed and believe and thereon allege that the

corporate phone number for Seaguard Electronics is Tsumpes's personal cell phone, that funds

have been and are transferred and commingled between the two, and that Seaguard Electronics

has disregarded its corporate formalities in its dealings with Tsumpes and other entities which he

controls.

105.    Plaintiffs therefore seek a judicial determination that T-Energy, T-Energy LLC,

Lender Collections, and Seaguard Electronics are the alter egos of Tsumpes such that their assets

can be held liable to satisfy any judgment against Tsumpes.

**TWELFTH CLAIM FOR RELIEF**

**DISALLOWANCE OF CLAIMS (11 U.S.C. § 502(d) and (j))**

**(By the Trustee against All Defendants)**

- 18 -

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

106.    Plaintiff Trustee re-alleges and fully incorporates paragraphs 1 through 104, above, as if set forth in full.

107.    The defendants are transferees of transfers avoidable under sections 544 and 548 of the Bankruptcy Code, which are recoverable under section 550 of the Bankruptcy Code.

108.    The defendants have not paid the amounts of the avoidable transfers, or turned over such property, for which they are liable under sections 544, 548, and 550.

109.    Pursuant to Bankruptcy Code section 502(d), any and all claims of the defendants, and any assignees, against T3M's estate must be disallowed until such time as the defendants pay to the Trustee that portion of the aggregate amount of the avoidable transfers, plus interest thereon and costs, to which the Trustee is entitled to receive.

110.    Pursuant to Bankruptcy Code section 502(j), any and all claims of the defendants, and any assignees, against T3M's estate previously allowed by T3M or the Trustee, must be reconsidered and disallowed until such time as the defendants pay to the Trustee that portion of the aggregate amount of the avoidable transfers to which the Trustee is entitled to receive.

## PRAYER

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against the defendants as follows:

1.    For judgment on Plaintiffs' first claim for relief against Tsumpes avoiding the Avoidable Transfers, consisting of over $2.2 million transferred from T3M to Tsumpes, pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07;

2.    For judgment on Plaintiffs' first claim for relief against Seaguard Electronics avoiding the Avoidable Transfers, consisting of over $275,000 transferred from T3M to Seaguard Electronics, pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07;

3.    For judgment on Plaintiffs' second claim for relief against Tsumpes avoiding the Avoidable Transfers pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(2) and 3439.07;

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

4.      For judgment on Plaintiffs' second claim for relief against Seaguard Electronics avoiding the Avoidable Transfers pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(2) and 3439.07;

5.      For judgment on Plaintiffs' third claim for relief against Tsumpes avoiding the Avoidable Transfers pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.05 and 3439.07;

6.      For judgment on Plaintiffs' third claim for relief against Seaguard Electronics avoiding the Avoidable Transfers pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.05 and 3439.07;

7.      For judgment on Plaintiffs' fourth claim for relief against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC avoiding the $544,000 transferred from T3M to Tsumpes and those entities as his alter egos, pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07;

8.      For judgment on Plaintiffs' fifth claim for relief against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC avoiding the $544,000 transferred from T3M to Tsumpes and those entities as his alter egos, pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.04(a)(2) and 3439.07;

9.      For judgment on Plaintiffs' sixth claim for relief against Tsumpes, Lender Collections, T-Energy, and T-Energy LLC avoiding the $544,000 transferred from T3M to Tsumpes and those entities as his alter egos, pursuant to Bankruptcy Code section 544(b) and California Civil Code sections 3439.05 and 3439.07;

10.     For judgment on Plaintiffs' seventh claim for relief against Tsumpes avoiding the $288,000 transferred from T3M to Tsumpes in July of 2015, pursuant to Bankruptcy Code section 548(a)(1)(A);

11.     For judgment on Plaintiffs' seventh claim for relief against Seaguard Electronics avoiding over $225,000 transferred from T3M to Seaguard Electronics in July of 2015, pursuant to Bankruptcy Code section 548(a)(1)(A);

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

12.	For judgment on Plaintiffs' eighth claim for relief against Tsumpes avoiding the $288,000 transferred from T3M to Tsumpes in July of 2015, pursuant to Bankruptcy Code section 548(a)(1)(B);

13.	For judgment on Plaintiffs' eighth claim for relief against Seaguard Electronics avoiding the $288,000 transferred from T3M to Tsumpes in July of 2015, pursuant to Bankruptcy Code section 548(a)(1)(B);

14.	For judgment against all defendants on Plaintiffs' ninth claim for relief, brought under Bankruptcy Code section 550, in the value of any of the above-referenced transfers, to be determined by the Court;

15.	For an award of treble damages against each defendant pursuant to Plaintiffs' tenth cause of action, brought under California Penal Code section 496(c);

16.	For a judgment declaring that Seaguard Electronics, Lender Collections, T-Energy, and T-Energy LLC are the alter egos of Tsumpes;

17.	For a judgment disallowing any claims held by the defendants to the extent of any transfers ordered avoided and paid to the Trustee, pursuant to Bankruptcy Code section 502;

18.	For an award of attorneys' fees pursuant to California Penal Code section 496(c);

19.	For costs of suit herein incurred; and

20.	For such other and further relief as the court may deem proper.

DATED: May 24, 2019	THOMAS VOGELE & ASSOCIATES, APC


By:  _____

Thomas A. Vogele
Brendan M. Loper
Attorneys for plaintiff Alfonso Cordero and
[proposed] Special Litigation Counsel for plaintiff
and Chapter 7 Trustee, Todd A. Frealy

**PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

2179-001. 75681.

EXHIBIT 1



# FRAZER, LLP
### Certified Public Accountants and Consultants

October 13, 2015

Mr. Noel Cherowbrier
The Board of Directors
T3Motion
970 Challenger St,
Brea, CA 92821

Dear Mr. Cherowbrier and the Board of Directors:

We have reviewed T3Motion's (the "Company") bank transactions between the months of November 2014 and July 2015 in accordance with the procedures agreed to by Mr. Noel Cherowbrier in our letter to you dated August 12, 2015. The Company's management is responsible for the Company's accounting records reviewed by us. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants.

We hereby inform you of the findings from the performance of our agreed-upon procedures. The sufficiency of these procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

We summarized the following transactions that are directly or likely to be related to Mr. William Tsumpes:

|  | East West | Chase | CUB | Total |
|---|---|---|---|---|
| Direct check payments to William Tsumpes | $ (925,000) | $ (161,898) | - | $ (1,086,898) |
| Direct wire payments William Tsumpes | $ (2,650,000) | $ (179,117) | - | $ (2,829,117) |
| Likely repayment deposits | $ 2,650,000 | $ 87,692 | - | $ 2,737,692 |
| Direct withdrawals made by William Tsumpes | - | $ (143,109) | - | $ (143,109) |
| Direct debit card purchases made by William Tsumpes | $ (2,106) | - | - | $ (2,106) |
| Likely debit card purchases made by William Tsumpes | - | $ (50,582) | $ (548) | $ (51,130) |
| Salary paid to William Tsumpes through ADP | - | $ (204,230) | - | $ (204,230) |



**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 2 of 20

| Payments to Seaguard Electronics | | | $ | (102,149) | $ | (30,000) | $ | (132,149) |
|---|---|---|---|---|---|---|---|---|
| Total | $ | (927,106) | $ | (753,393) | $ | (30,548) | $ | (1,711,047) |

## East West Bank

We have identified three check payments totaling $925,000 directly paid to William Tsumpes as follows:

1. Check with no number from November 21, 2014 of $75,000 paid to William Tsumpes for unknown purpose.
2. Check #1 from November 24, 2014 of $100,000 paid to William Tsumpes, which was labeled "repayment." No other relevant source document was available for these transactions other than the check copies themselves. Thus we are unable to verify the business purpose of these payments.
3. Check #9999 dated January 20, 2015 of $750,000 paid to William Tsumpes, which was labeled "salary." The "salary" payment was in addition to William Tsumpes' regular ADP salary, and we are unable to verify the validity of this payment.

All of three checks were traced to the endorsements and endorsed by William Tsumpes.

We noted one outgoing transfer payment of $2,650,000 on January 16, 2015 with a corresponding note from William Tsumpes also dated January 16, 2015 authorizing East West Bank to transfer the amount to his personal bank account. On January 20, 2015, the same $2,650,000 amount was deposited back into the Company's account.

We also identified fifteen debit card purchase transactions totaling $2,106 which had none relevant supporting documents to verify the validity of those payments. Based on the Company's operating arrangements at the time, it appears that William Tsumpes was the only person who had access to this East West bank account's debit card and was the only person who could have made the $2,106 debit card purchases. See Exhibit 1 for details.

## Chase Bank account

We identified eight check payments issued by the accountant totaling $161,898 directly paid to William Tsumpes as follows:

1. Check #1140 from February 27, 2015 of $45,000 and check #1299 from July 23, 2015 of $10,000 paid to William Tsumpes as Board Director Fees from 2013 to 2015. No other relevant source document was available for those transactions other than the check copies themselves.
2. Check #1282 and check #1297 from July 18, 2015 of $8,797 and $3,332 paid to William Tsumpes for reimbursement of traveling and trade show expenses. We verified the endorsements of these two

# ▪︎▪FRAZER, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 3 of 20

     checks by William Tsumpes and supporting document of each debt card purchase receipts for hotels, restaurants, gas and trade show ticket.

3.  Check #8783 and #1315 written to William Tsumpes on May 12, 2015 and July 23, 2015 of $2,000 each without relevant supporting document to determine its business purpose.

4.  Check #1305 from July 20, 2015 of $87,692 and check #1316 from July 23, 2015 of $3,077, respectively, paid to William as his vacation pay, sick pay and payroll from July 13 to July 17 and July 20 to July 23, 2015.

Seven checks were traced to the endorsements and were endorsed by William Tsumpes. Check #8783 cannot be verified through the check copy itself.

We also found ten outgoing wire payments totaling $179,117 directly paid to William Tsumpes as followings:

1.  Three outgoing wire transactions on July 21, 2015 of $87,692, $3,077, and $1,538 were directly transferred to William Tsumpes as payroll through July 21, 2015, July 27 and 28, and July 29 2015. Among these transactions, we noted that the payment amount of $87,692 was issued to William Tsumpes twice, once through a check and once through outgoing wire. On July 21, 2015, the same $87,692 amount was deposited back to the Company's Chase account from an unidentifiable source.

2.  Three outgoing wire from July 21 2015 of totaling $81,500 paid to William Tsumpes for website maintenance services provided by Seaguard Electronics. The payment amounts matched Seaguard Electronics' invoice amounts. Seaguard Electronics appears to be a vendor that is closely related to William Tsumpes as the Company's only contact phone number for Seaguard Electronics is William Tsumpes' personal cell phone number.

3.  Four outgoing wire directly transferred to the joint account of William Tsumpes and Angel Ambriz Jr. The payments of totaling $3,609 were traced to receipts from hotel, gas, restaurant, and major store. $1,701 of these payments were not supported by any relevant document.

We identified nine ATM withdrawals and bank withdrawals out of the Company's Chase Bank account totaling $143,109, none of which had any relevant supporting document. Among these transactions, we noted that four withdrawals on July 20, 2015 totaling $112,000 were duplicated in amounts with two direct wire payments to Seaguard Electronics on July 21, 2015 of $27,500 and $29,950 and two ACH payments to William Tsumpes on the same date of $26,180 and $28,370. No relevant source document was available for these transactions, and we were unable to verify their purpose. See Exhibit 2 for details

We found two hundred and ninety-two debit card purchase transactions totaling $50,451 that were most likely made by William Tsumpes. Based on the Company's operating arrangements at the time, it appears that William Tsumpes was the only person who had access to this Chase Bank account's debit card and was the only person who could have made these debit card purchases. Among of these transactions, $4,786 were traced to invoices/receipts from hotels, gas stations, restaurants, and major stores while $45,665 were



**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 4 of 20

not supported by any relevant source document. Some of these transactions made for booking hotels may be incurred by service department personal. See Exhibit 3 for details.

Through the ADP employee salary payments paid out of the Company's Chase Bank account, fifteen paychecks totaling $204,230 were issued to William Tsumpes based on ADP reports between December 28, 2014 and July 17, 2015.

We identified eight outgoing wire totaling $102,149 directly transferred to Seaguard Electronics from the Company's Chase Bank account. Two of the transfers of $54,450 were traced to invoices only. Six payments totaling $44,699 did not have any relevant supporting documents. See Exhibit 5 for details.

### California United Bank

We identified six debit card purchase transactions during November 2014 of $548, none of which had any relevant supporting document. Based on the Company's operating arrangements at the time, it appears that William Tsumpes was the only person who had access to this California United Bank account's debit card and was the only person who could have made these transactions.

We also identified one outgoing wire of $30,000 directly transferred to Seaguard Electronics without any relevant source document. See Exhibit 6 for details.

Complete summaries of transactions in the Company's East West Bank account, Chase Bank account, and California United Bank accounts are presented in Exhibits 4, 5 and 6, respectively, from page 14 to page 20 of this report for the purposes of additional analysis.

We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion on the accounting records. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This communication is intended solely for the information and use of management of T3Motion and others within the Company, and is not intended to be and should not be used by anyone other than these specified parties.

*Frazer LLP*

Brea, CA
October 13, 2015

 **FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 5 of 20

**Exhibit 1**

### East West Bank

| Date | Transaction type | Description | Amount |
|---|---|---|---|
| | | **Meals & entertainment** | |
| 12/4/2014 | POS Purchase | 401517 76 Beverly H CA | $ (20.08) |
| 12/4/2014 | POS Purchase | 469216 Flemings 1504 El Segundo CA | $ (63.90) |
| 12/5/2014 | POS Purchase | 490604 Hilton Hotels Beverly H CA | $ (40.00) |
| 12/5/2014 | POS Purchase | 449398 Mastro S Steakhouse E BH Beverly H CA | $ (101.00) |
| 12/10/2014 | POS Purchase | 469216 FLEMINGS 1$51 WALNUT CR CA | $ (76.00) |
| | | **Total** | $ (300.98) |
| | | **Travel** | |
| 12/5/2014 | POS Purchase | 490604 Hilton Hotels Beverly H CA | $ (323.29) |
| 12/9/2014 | POS Purchase | 432304 Holiday Inn Exp Bakersfield CA | $ (107.51) |
| 12/9/2014 | POS Purchase | 475542 Hampton Inns Roseville CA | $ (124.15) |
| 12/12/2014 | POS Purchase | 45388 BEST WESTERN GALT INN GALT CA | $ (75.23) |
| 12/12/2014 | POS Purchase | 444500 HOLIDAY INN EXPRES S ROCKLIN CA | $ (121.96) |
| 12/19/2014 | POS Purchase | HOLIDAYINN AUBURN AUBURN CA | $ (327.04) |
| | | **Total** | $ (1,079.18) |
| | | **Auto expense** | |
| 12/9/2014 | POS Purchase | 422443 Evergreen Auto T San Jose CA | $ (182.00) |
| 12/10/2014 | POS Purchase | 444500 AUTOZQNE 40416 SAN JOSE CA | $ (430.64) |
| | | **Total** | $ (612.64) |
| | | **Miscellanous purchase** | |
| 12/16/2014 | POS Purchase | 444500 WAL MART 2S2S BREA CA | $ (30.22) |
| 12/18/2014 | POS Purchase | 401517 7b 100$$$4!;1 CORONA. CA | $ (82.92) |
| | | **Total** | $ (113.14) |
| | | **Total Debit Card Purchase** | $ (2,105.94) |


**FRAZER**,LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 6 of 20

**Exhibit 2**

**Chase Bank**

| Date | Transaction Type | | Amount |
|------|------------------|---|--------|
| 11/17/2014 | ATM Withdrawal | $ | 100.00 |
| 6/26/2015 | ATM Withdrawal | $ | 503.00 |
| 6/29/2015 | ATM Withdrawal | $ | 503.00 |
| 6/29/2015 | ATM Withdrawal | $ | 503.00 |
| 7/20/2015 | Withdrawal | $ | 28,370.00 |
| 7/20/2015 | Withdrawal | $ | 27,500.00 |
| 7/20/2015 | Withdrawal | $ | 29,950.00 |
| 7/20/2015 | Withdrawal | $ | 29,500.00 |
| 7/20/2015 | Withdrawal | $ | 26,180.00 |
| | **Total** | $ | **143,109.00** |

# FRAZER, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 7 of 20

Exhibit 3

### Chase Bank

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| | | **Meals & entertainment** | |
| 12/4/2014 | Debit Card | 12/03 Burger King #3092 Dallas TX Card 4084 | $ (9.19) |
| 12/8/2014 | Debit Card | 12/04 Denny's #7421 Dallas TX Card 4084 | $ (15.00) |
| 12/18/2014 | Debit Card | 12/18 Claim Jumper-Brea Brea CA Card 4084 | $ (449.00) |
| 12/22/2014 | Debit Card | 12/18 Mastro's Steakhouse Beverly Hills CA Card 4084 | $ (217.00) |
| 12/26/2014 | Debit Card | 12/23 Mcdonald's F4493 Placerville CA Card 4084 | $ (16.24) |
| 12/26/2014 | Debit Card | 12/25 Outback 0522 Redding CA Card 4084 | $ (52.00) |
| 12/29/2014 | Debit Card | 12/28 Morton's of Portland Portland OR Card 4084 | $ (130.00) |
| 12/29/2014 | Debit Card | 12/29 Morton's of Portland Portland OR Card 4084 | $ (155.00) |
| 12/31/2014 | Debit Card | 12/29 The Rendezvous Grill Welches OR Card 4084 | $ (79.00) |
| 1/6/2015 | Debit Card | 01/04 Mastro's Steakhouse Beverly Hills CA Card 4084 | $ (130.00) |
| 1/20/2015 | Debit Card | 01/16 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (310.00) |
| 1/21/2015 | Debit Card | 01/20 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (89.00) |
| 1/26/2015 | Debit Card | 01/22 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (91.00) |
| 1/26/2015 | Debit Card | 01/24 Flemings 1508 Rancho Cucamo CA Card 4084 | $ (63.00) |
| 1/26/2015 | Debit Card | 01/24 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (155.00) |
| 1/30/2015 | Debit Card | 01/28 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (189.98) |
| 2/4/2015 | Debit Card | 02/04 Flemings # 4203 Las Vegas NV Card 4084 | $ (123.00) |
| 2/5/2015 | Debit Card | 02/04 Kfc/Pz #514 Lehi UT Card 4084 | $ (4.84) |
| 2/6/2015 | Debit Card | 02/06 Flemings 5501 Salt Lake Cit UT Card 4084 | $ (123.00) |
| 2/9/2015 | Debit Card | 02/07 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (154.00) |
| 2/13/2015 | Debit Card | 02/13 Flemings 1508 Rancho Cucamo CA Card 4084 | $ (63.00) |
| 2/17/2015 | Debit Card | 02/14 Flemings 1304 Peoria AZ Card 4084 | $ (327.00) |
| 2/25/2015 | Debit Card | 02/23 Mastro's Costa Mesa Costa Mesa CA Card 4084 | $ (693.00) |
| 2/25/2015 | Debit Card | 02/24 Mastros Palm Desert Palm Desert CA Card 4084 | $ (216.00) |
| 3/2/2015 | Debit Card | 02/28 Flemings 1508 Rancho Cucamo CA Card 4084 | $ (64.00) |
| 4/16/2015 | Debit Card | 04/16 Flemings # 4203 Las Vegas NV Card 4084 | $ (54.90) |
| 4/20/2015 | Debit Card | 04/17 Flemings # 4203 Las Vegas NV Card 4084 | $ (51.00) |
| 5/19/2015 | Debit Card | 05/19 Flemings 1508 Rancho Cucamo CA Card 0405 | $ (111.00) |
| 5/20/2015 | Debit Card | 05/18 Mcdonald's F7334 Brea CA Card 4084 | $ (14.73) |
| 5/20/2015 | Debit Card | 05/19 Flemings 1504 El Segundo CA Card 0405 | $ (103.00) |
| 5/29/2015 | Debit Card | 05/29 Morton's of Dallas Dallas TX Card 0405 | $ (93.00) |
| 6/1/2015 | Debit Card | 05/30 Morton's of Dallas Dallas TX Card 0405 | $ (105.00) |
| 6/1/2015 | Debit Card | 05/31 Morton's of Dallas Dallas TX Card 0405 | $ (107.00) |
| 6/1/2015 | Debit Card | 06/01 Morton's of Dallas Dallas TX Card 0405 | $ (104.00) |
| 6/2/2015 | Debit Card | 06/01 Del Friscos #8601 Dallas TX Card 0405 | $ (95.00) |
| 6/3/2015 | Debit Card | 06/02 Cattlemans Steakho Fabens TX Card 6946 | $ (51.00) |
| 6/8/2015 | Debit Card | 06/07 Mastro's Costa Mesa Costa Mesa CA Card 6946 | $ (105.00) |
| 6/15/2015 | Debit Card | 06/12 Mastro's Scottsdale Scottsdale AZ Card 6946 | $ (124.00) |
| 6/15/2015 | Debit Card | 06/14 Flemings 1508 Rancho Cucamo CA Card 6946 | $ (124.00) |
| 6/16/2015 | Debit Card | 06/14 Mastro's Costa Mesa Costa Mesa CA Card 6946 | $ (110.00) |
| 7/2/2015 | Debit Card | With Pin 07/01 Shop N Go 611 Kingsburg CA Card 1565 | $ (80.74) |



**FRAZER**, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 8 of 20

| 7/22/2015 | Debit Card | 07/21 Flemings 1508 Rancho Cucamo CA Card 1565 | $ | (55.00) |
|---|---|---|---|---|
| | | **Total** | **$** | **(5,406.62)** |

**Travel**

| 12/4/2014 | Debit Card | 12/02 American Ai 00123448146 Dallas TX Card 4084 | $ | (534.20) |
|---|---|---|---|---|
| 12/4/2014 | Debit Card | 12/02 American Ai 0010276399 Los Angeles CA Card 4084 | $ | (60.00) |
| 12/4/2014 | Debit Card | 12/03 Advantage Car # 440201 Dallas TX Card 4084 | $ | (777.13) |
| 12/8/2014 | Debit Card | 12/05 LA Quinta Inn & Suite Dallas TX Card 4084 | $ | (163.94) |
| 12/8/2014 | Debit Card | 12/05 American Ai 00102765229 Dallas TX Card 4084 | $ | (60.00) |
| 12/9/2014 | Debit Card | 12/06 Lax Airport Lot P 4 Los Angeles CA Card 4084 | $ | (107.00) |
| 12/23/2014 | Debit Card | 12/21 Holiday Inn Express Rocklin CA Card 4084 | $ | (92.80) |
| 12/24/2014 | Debit Card | 12/22 Harveys Casino Sage Roo Stateline NV Card 4084 | $ | (145.00) |
| 12/24/2014 | Debit Card | 12/22 Harrah Casino Lk Tahoe Stateline NV Card 4084 | $ | (363.28) |
| 12/26/2014 | Debit Card | 12/23 Harrah Casino Lk Tahoe Stateline NV Card 4084 | $ | (123.28) |
| 12/29/2014 | Debit Card | 12/24 Holiday Inn Express Willows CA Card 4084 | $ | (95.19) |
| 12/29/2014 | Debit Card | 12/25 Holiday Inn Redding Redding CA Card 4084 | $ | (98.55) |
| 12/29/2014 | Debit Card | 12/25 Union Creek Resort Prospect OR Card 4084 | $ | (97.89) |
| 12/29/2014 | Debit Card | 12/26 Diamond Lake Resort G Diamond Lake OR Card 4084 | $ | (72.00) |
| 12/29/2014 | Debit Card | 12/26 Diamond Lake Resort R Diamond Lake OR Card 4084 | $ | (45.00) |
| 12/29/2014 | Debit Card | 12/26 Diamond Lake Resort L Diamond Lake OR Card 4084 | $ | (89.89) |
| 12/29/2014 | Debit Card | 12/27 Courtyard By Marriott M Medford OR Card 4084 | $ | (123.91) |
| 12/31/2014 | Debit Card | 12/30 Marriott 33709 Portland Portland OR Card 4084 | $ | (321.26) |
| 12/31/2014 | Debit Card | 12/29 Pay*All Seasons Prope 503-622-1142 OR Card 4084 | $ | (342.90) |
| 12/31/2014 | Debit Card | 12/30 Diamond Lake Resort L Diamond Lake OR Card 4084 | $ | (291.89) |
| 1/2/2015 | Debit Card | 01/01 Diamond Lake Resort L Diamond Lake OR Card 4084 | $ | (136.98) |
| 1/2/2015 | Debit Card | With Pin 01/01 Arco Paypoint Red Bluff CA Card 4084 | $ | (62.94) |
| 1/5/2015 | Debit Card | 01/01 Diamond Lake Resort G Diamond Lake OR Card 4084 | $ | (26.00) |
| 1/5/2015 | Debit Card | 01/02 Holiday Inn Express Rocklin CA Card 4084 | $ | (92.80) |
| 1/5/2015 | Debit Card | 01/02 Quik Stop #0163     Q80 Livingston CA Card 4084 | $ | (65.67) |
| 1/5/2015 | Debit Card | With Pin 01/02 Shell Service Station Lawndale CA Card 4084 | $ | (67.44) |
| 1/5/2015 | Debit Card | 01/04 Chevron 00098319 Buena Park CA Card 4084 | $ | (64.46) |
| 1/12/2015 | Debit Card | 01/09 American Ai 00175573142 New York NY Card 4084 | $ | (404.60) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (21.95) |
| 1/12/2015 | Debit Card | 01/09 United     016751744 800-932-2732 TX Card 4084 | $ | (312.60) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (3.00) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Hotel Cheapoair.Com NY Card 4084 | $ | (98.74) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Car Cheapoair.Com NY Card 4084 | $ | (15.00) |
| 1/12/2015 | Debit Card | 01/09 Jetblue     27975573311 New York NY Card 4084 | $ | (108.48) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (17.00) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (13.95) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Hotel Cheapoair.Com NY Card 4084 | $ | (123.53) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (7.00) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Hotel Cheapoair.Com NY Card 4084 | $ | (98.58) |
| 1/12/2015 | Debit Card | 01/09 American Ai 00175175213 New York NY Card 4084 | $ | (260.60) |
| 1/12/2015 | Debit Card | 01/10 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ | (36.95) |
| 1/12/2015 | Debit Card | With Pin 01/11 Shell Service Statio W Los Angeles CA Card 4084 | $ | (66.41) |
| 1/13/2015 | Debit Card | 01/13 Cheapoair.Com Car Cheapoair.Com NY Card 4084 | $ | (15.00) |

**FRAZER**, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 9 of 20

| | | | |
|---|---|---|---|
| 1/13/2015 | Debit Card | 01/13 Cheapoair.Com Hotel Cheapoair.Com NY Card 4084 | $ (90.65) |
| 1/15/2015 | Debit Card | 01/15 Cheapoair.Com Air Cheapoair.Com NY Card 4084 | $ (317.00) |
| 1/15/2015 | Debit Card | 01/15 Cheapoair.Com Hotel Cheapoair.Com NY Card 4084 | $ (111.56) |
| 1/20/2015 | Debit Card | 01/15 Hyatt Pl El Segundo Fd El Segundo CA Card 4084 | $ (258.22) |
| 1/20/2015 | Debit Card | 01/18 76 10063949 Corona CA Card 4084 | $ (62.30) |
| 1/20/2015 | Debit Card | 01/19 Chevron 00301784 Rancho Cucamo CA Card 4084 | $ (17.50) |
| 1/21/2015 | Debit Card | 01/19 American Ai 00123469131 Dallas TX Card 4084 | $ (225.00) |
| 1/21/2015 | Debit Card | 01/19 American Ai 00106589984 Dallas TX Card 4084 | $ (25.00) |
| 1/21/2015 | Debit Card | 01/21 Expedia*195948151834 Expedia.Com NV Card 4084 | $ (75.72) |
| 1/21/2015 | Debit Card | 01/20 United      016292402 800-932-2732 TX Card 4084 | $ (75.00) |
| 1/21/2015 | Debit Card | 01/20 United      016292402 800-932-2732 TX Card 4084 | $ (50.00) |
| 1/21/2015 | Debit Card | 01/20 United      016243559 800-932-2732 TX Card 4084 | $ (5.00) |
| 1/23/2015 | Debit Card | 01/21 Jetblue      27921247 Salt Lake Cty UT Card 4084 | $ (210.00) |
| 2/2/2015 | Debit Card | 01/30 Chevron 00301784 Rancho Cucamo CA Card 4084 | $ (75.84) |
| 2/6/2015 | Debit Card | 02/04 Springhill Suites Cedar Cedar City UT Card 4084 | $ (110.19) |
| 2/9/2015 | Debit Card | 02/06 Hilton Garden Inn Lay Taylorsville UT Card 4084 | $ (132.99) |
| 2/9/2015 | Debit Card | 02/07 Hampton Inns St George UT Card 4084 | $ (110.17) |
| 2/9/2015 | Debit Card | 02/06 Happy Day Inc Baker CA Card 4084 | $ (95.00) |
| 2/17/2015 | Debit Card | 02/15 Hilton Garden Inn Avond Avondale AZ Card 4084 | $ (168.78) |
| 2/17/2015 | Debit Card | 02/16 The Wigwam Litchfield PA AZ Card 4084 | $ (221.03) |
| 2/17/2015 | Debit Card | 02/16 The Wigwam Litchfield PA AZ Card 4084 | $ (14.41) |
| 2/18/2015 | Debit Card | 02/18 Expedia*198355108557 Expedia.Com NV Card 4084 | $ (427.51) |
| 2/19/2015 | Debit Card | 02/17 Usairways      03775739966 Bellevue WA Card 4084 | $ (462.20) |
| 3/9/2015 | Debit Card | 03/07 Budget.Com Prepay Reser 8006212844 NJ Card 4084 | $ (203.10) |
| 3/9/2015 | Debit Card | 03/07 Expedia*199786780164 Expedia.Com NV Card 4084 | $ (104.70) |
| 3/9/2015 | Debit Card | 03/07 Expedia*199787706856 Expedia.Com NV Card 4084 | $ (113.95) |
| 4/3/2015 | Debit Card | 04/01 Residence Inns Hughes C Las Vegas NV Card 4084 | $ (137.76) |
| 4/3/2015 | Debit Card | 04/01 Bellagio - Room Res Las Vegas NV Card 4084 | $ (221.76) |
| 4/8/2015 | Debit Card | 04/07 United      016244515 800-932-2732 TX Card 4084 | $ (250.44) |
| 4/8/2015 | Debit Card | 04/07 United      016292058 800-932-2732 TX Card 4084 | $ (44.00) |
| 4/8/2015 | Debit Card | 04/07 United      016292058 800-932-2732 TX Card 4084 | $ (9.00) |
| 4/10/2015 | Debit Card | 04/09 Budget.Com Prepay Reser 8006212844 NJ Card 4084 | $ (190.23) |
| 4/10/2015 | Debit Card | 04/10 Expedia*1102546133267 Expedia.Com NV Card 4084 | $ (68.40) |
| 5/13/2015 | Debit Card | 05/13 Expedia*1105145176754 Expedia.Com NV Card 4084 | $ (91.59) |
| 5/13/2015 | Debit Card | 05/13 Expedia*1105149925693 Expedia.Com NV Card 4084 | $ (124.30) |
| 5/13/2015 | Debit Card | 05/12 Budget.Com Prepay Reser 8006212844 NJ Card 4084 | $ (127.30) |
| 5/14/2015 | Debit Card | 05/14 Expedia*1105243306418 Expedia.Com NV Card 4084 | $ (138.13) |
| 5/15/2015 | Debit Card | 05/13 Usairways      03775970931 Bellevue WA Card 4084 | $ (812.70) |
| 5/22/2015 | Debit Card | 05/21 Marriott 33718 Lax Los Angeles CA Card 0405 | $ (230.20) |
| 5/26/2015 | Debit Card | 05/22 Courtyard By Marriott1 NO. Phoenix AZ Card 0405 | $ (116.77) |
| 5/26/2015 | Debit Card | 05/23 Days Inn VAN Horn VAN Horn TX Card 0405 | $ (67.12) |
| 5/26/2015 | Debit Card | 05/23 Quality Inn Hotel Ardm Ardmore OK Card 0405 | $ (79.79) |
| 6/1/2015 | Debit Card | 05/30 Comfort Suites Dallas TX Card 0405 | $ (201.38) |
| 6/2/2015 | Debit Card | 05/31 Residence Inns Addison Addison TX Card 0405 | $ (96.05) |
| 6/3/2015 | Debit Card | 06/01 Holiday Inn Express-W D Dallas TX Card 0405 | $ (100.57) |
| 6/4/2015 | Debit Card | 06/02 Best Western Plus Grand Prairie TX Card 0405 | $ (114.50) |
| 6/4/2015 | Debit Card | 06/02 Best Western Plus Grand Prairie TX Card 0405 | $ (250.00) |

# FRAZER, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 10 of 20

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 6/5/2015 | Debit Card | 06/03 Courtyard By Marriott E El Paso TX Card 6946 | $ | (139.83) |
| 6/15/2015 | Debit Card | 06/13 Holiday Inn & Suites Goodyear AZ Card 6946 | $ | (282.92) |
| 6/22/2015 | Debit Card | 06/19 The Atrium #2502 Irvine CA Card 6946 | $ | (9.00) |
| 7/6/2015 | Debit Card | 07/02 Holidayinn Express&Sui Modesto CA Card 1565 | $ | (139.32) |
| 7/6/2015 | Debit Card | 07/03 Guesthouse Inn & Suites Kelso WA Card 1565 | $ | (110.95) |
| 7/6/2015 | Debit Card | 07/04 Doubletree Hotel Olympi Olympia WA Card 1565 | $ | (133.86) |
| 7/6/2015 | Debit Card | 07/04 Doubletree Hotel Olympi Olympia WA Card 1565 | $ | (13.00) |
| 7/7/2015 | Debit Card | 07/05 Comfor Inn And Sui Creswell OR Card 1565 | $ | (121.65) |
| | | **Total** | | **$ (14,310.13)** |
| | | **Gas** | | |
| 12/3/2014 | Debit Card | 12/02 76 10085231 Brea CA Card 4084 | $ | (73.00) |
| 12/22/2014 | Debit Card | 12/19 76 10085231 Brea CA Card 4084 | $ | (67.03) |
| 12/22/2014 | Debit Card | With Pin 12/21 Arco Paypoint Roseville CA Card 4084 | $ | (67.04) |
| 12/23/2014 | Debit Card | 12/22 Chevron 00356637 Carson City NV Card 4084 | $ | (48.45) |
| 12/24/2014 | Debit Card | With Pin 12/23 Shell Service Station Willows CA Card 4084 | $ | (22.13) |
| 12/26/2014 | Debit Card | 12/24 Chevron 00091790 Redding CA Card 4084 | $ | (87.46) |
| 12/26/2014 | Debit Card | With Pin 12/25 Shell Service Station Yreka CA Card 4084 | $ | (34.72) |
| 12/29/2014 | Debit Card | 12/27 Chevron 00206677 Riddle OR Card 4084 | $ | (40.29) |
| 12/29/2014 | Debit Card | With Pin 12/28 Shell Service Station Troutdale OR Card 4084 | $ | (75.00) |
| 12/30/2014 | Debit Card | 12/29 76 10052793 Gresham OR Card 4084 | $ | (61.48) |
| 12/30/2014 | Debit Card | 12/30 Chevron 00094938 Government CA OR Card 4084 | $ | (47.20) |
| 12/31/2014 | Debit Card | 12/30 Shell Oil 57445918402 Bend OR Card 4084 | $ | (16.10) |
| 1/15/2015 | Debit Card | 01/14 Chevron 00209098 Bellflower CA Card 4084 | $ | (61.59) |
| 1/23/2015 | Debit Card | With Pin 01/23 Arco Paypoint Diamond Bar CA Card 4084 | $ | (52.75) |
| 1/28/2015 | Debit Card | 01/27 Chevron 00090786 Brea CA Card 4084 | $ | (79.89) |
| 1/29/2015 | Debit Card | With Pin 01/29 Arco T83551 Costa Mesa CA Card 4084 | $ | (65.06) |
| 2/2/2015 | Debit Card | With Pin 02/02 Arco Paypoint Corona CA Card 4084 | $ | (34.58) |
| 2/3/2015 | Debit Card | 02/03 Chevron 00205632 Brea CA Card 4084 | $ | (61.24) |
| 2/3/2015 | Debit Card | With Pin 02/03 Rebel 2194 Las Vegas NV Card 4084 | $ | (65.73) |
| 2/5/2015 | Debit Card | 02/04 Shell Oil 57444794705 Cedar City UT Card 4084 | $ | (50.54) |
| 2/5/2015 | Debit Card | 02/04 Chevron 00204564 Lehi UT Card 4084 | $ | (52.29) |
| 2/6/2015 | Debit Card | 02/06 Loves Country 00003350 Cedar City UT Card 4084 | $ | (70.45) |
| 2/10/2015 | Debit Card | 02/08 76 10063949 Corona CA Card 4084 | $ | (77.36) |
| 2/12/2015 | Debit Card | 02/11 76 10063949 Corona CA Card 4084 | $ | (76.30) |
| 2/12/2015 | Debit Card | With Pin 02/12 Arco Paypoint Ontario CA Card 4084 | $ | (75.79) |
| 2/13/2015 | Debit Card | With Pin 02/13 Shell Service Station Blythe CA Card 4084 | $ | (85.75) |
| 2/17/2015 | Debit Card | With Pin 02/15 Shell Service Station Avondle AZ Card 4084 | $ | (59.87) |
| 2/17/2015 | Debit Card | 02/16 Shell Oil 57441825502 Palm Springs CA Card 4084 | $ | (83.16) |
| 2/17/2015 | Debit Card | With Pin 02/17 Shell Service Station Agoura CA Card 4084 | $ | (76.19) |
| 2/19/2015 | Debit Card | 02/18 Chevron 00090827 LA Jolla CA Card 4084 | $ | (75.31) |
| 2/19/2015 | Debit Card | With Pin 02/19 Hassan & Sons, Gardena CA Card 4084 | $ | (72.15) |
| 2/23/2015 | Debit Card | 02/20 Son Corp Pacoima CA Card 4084 | $ | (78.35) |
| 2/23/2015 | Debit Card | With Pin 02/23 Costco Gas #0432 Corona CA Card 4084 | $ | (43.59) |
| 2/25/2015 | Debit Card | 02/24 Chevron 00303836 Desert Hot Sp CA Card 4084 | $ | (45.88) |
| 2/26/2015 | Debit Card | With Pin 02/26 Arco Paypoint Ontario CA Card 4084 | $ | (46.46) |
| 2/27/2015 | Debit Card | With Pin 02/26 Shell Service Station Corona CA Card 4084 | $ | (78.41) |
| 3/12/2015 | Debit Card | With Pin 03/12 Rs Service Station Corona CA Card 4084 | $ | (77.79) |

# FRAZER, LLP
### Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 11 of 20

| | | | | |
|---|---|---|---|---|
| 3/26/2015 | Debit Card | 03/26 Chevron 00205632 Brea CA Card 4084 | $ | (44.90) |
| 3/31/2015 | Debit Card | With Pin 03/31 Arco Paypoint Corona CA Card 4084 | $ | (46.17) |
| 4/3/2015 | Debit Card | 04/03 Chevron 00205632 Brea CA Card 4084 | $ | (43.40) |
| 4/9/2015 | Debit Card | With Pin 04/09 Ron Rose Brea CA Card 4084 | $ | (42.57) |
| 4/13/2015 | Debit Card | With Pin 04/13 The Depot 8 Victorville CA Card 4084 | $ | (40.59) |
| 4/16/2015 | Debit Card | With Pin 04/15 Rebel 2142 Las Vegas NV Card 4084 | $ | (43.47) |
| 4/20/2015 | Debit Card | With Pin 04/18 Shell Service Station Orange CA Card 4084 | $ | (46.59) |
| 4/29/2015 | Debit Card | 04/28 Chevron 00205632 Brea CA Card 4084 | $ | (51.16) |
| 5/11/2015 | Debit Card | 05/08 76 10085231 Brea CA Card 4084 | $ | (74.50) |
| 5/13/2015 | Debit Card | With Pin 05/13 Arco T83624 Cathedral Cit CA Card 4084 | $ | (84.35) |
| 5/18/2015 | Debit Card | With Pin 05/16 Sams Club #4709 Corona CA Card 4084 | $ | (59.19) |
| 5/19/2015 | Debit Card | With Pin 05/19 Arco Paypoint Corona CA Card 0405 | $ | (66.95) |
| 5/20/2015 | Debit Card | With Pin 05/20 Rebel 2185 Henderson NV Card 0405 | $ | (58.01) |
| 5/22/2015 | Debit Card | 05/21 JC Oil Inc Beaumont CA Card 0405 | $ | (91.21) |
| 5/22/2015 | Debit Card | 05/22 Chevron 00206767 Peoria AZ Card 0405 | $ | (75.68) |
| 5/22/2015 | Debit Card | With Pin 05/22 Corner Store 1365 El Paso TX Card 0405 | $ | (74.74) |
| 5/26/2015 | Debit Card | 05/23 Stripe0976538900 Odessa TX Card 0405 | $ | (71.95) |
| 5/26/2015 | Debit Card | 05/23 Flash Mart-Sylvan Dallas TX Card 0405 | $ | (73.41) |
| 5/29/2015 | Debit Card | 05/28 Love S Country00002170 Denton TX Card 0405 | $ | (69.03) |
| 6/1/2015 | Debit Card | With Pin 05/30 Shell Service Station Dallas TX Card 0405 | $ | (67.56) |
| 6/1/2015 | Debit Card | 05/31 Texaco 00303907 Dallas TX Card 0405 | $ | (68.44) |
| 6/2/2015 | Debit Card | With Pin 06/02 Flying J #580 Odessa TX Card 6946 | $ | (75.00) |
| 6/3/2015 | Debit Card | 06/02 Love S Country00002733 Weatherford TX Card 6946 | $ | (70.66) |
| 6/3/2015 | Debit Card | With Pin 06/03 Loves Travel S Benson AZ Card 6946 | $ | (66.81) |
| 6/4/2015 | Debit Card | 06/03 Texaco 00305367 Ehrenberg AZ Card 6946 | $ | (63.50) |
| 6/4/2015 | Debit Card | With Pin 06/04 Shell Service Station Irvine CA Card 6946 | $ | (77.06) |
| 6/8/2015 | Debit Card | With Pin 06/06 Arco Paypoint Ontario CA Card 6946 | $ | (57.21) |
| 6/10/2015 | Debit Card | 06/09 Chevron 00359805 Ontario CA Card 6946 | $ | (57.40) |
| 6/11/2015 | Debit Card | With Pin 06/11 Arco Paypoint Calimesa CA Card 6946 | $ | (52.02) |
| 6/15/2015 | Debit Card | With Pin 06/13 Shell Service Station Scottsdale AZ Card 6946 | $ | (43.77) |
| 6/15/2015 | Debit Card | 06/14 Chevron 00096496 LA Habra CA Card 6946 | $ | (66.92) |
| 6/17/2015 | Debit Card | 06/16 Chevron 00359805 Ontario CA Card 6946 | $ | (58.48) |
| 6/19/2015 | Debit Card | With Pin 06/19 Arco Paypoint Corona CA Card 6946 | $ | (56.26) |
| 6/23/2015 | Debit Card | With Pin 06/22 Arco #42604 Corona AZ Card 6946 | $ | (57.74) |
| 6/25/2015 | Debit Card | With Pin 06/25 Arco Paypoint Corona CA Card 6946 | $ | (44.64) |
| 7/1/2015 | Debit Card | With Pin 07/01 Sams Club #4709 Corona CA Card 1565 | $ | (51.49) |
| 7/3/2015 | Debit Card | 07/02 Loves Travel S00004101 Corning CA Card 1565 | $ | (71.66) |
| 7/3/2015 | Debit Card | With Pin 07/03 Safeway Fuel    2637 Kelso WA Card 1565 | $ | (77.48) |
| 7/6/2015 | Debit Card | 07/03 Chevron 00352395 Sequim WA Card 1565 | $ | (65.99) |
| 7/6/2015 | Debit Card | With Pin 07/04 Rainier Gas & D Rainier WA Card 1565 | $ | (63.67) |
| 7/6/2015 | Debit Card | 07/04 Chevron 00094432 Portland OR Card 1565 | $ | (80.37) |
| 7/6/2015 | Debit Card | 07/05 Chevron 00091057 Hornbrook CA Card 1565 | $ | (71.39) |
| 7/6/2015 | Debit Card | With Pin 07/05 Flyers Energy, Lebec CA Card 1565 | $ | (6.65) |
| 7/7/2015 | Debit Card | 07/05 76 10017663 Lodi CA Card 1565 | $ | (87.94) |
| 7/8/2015 | Debit Card | 07/07 76 00459230 Hesperia CA Card 1565 | $ | (79.63) |
| 7/8/2015 | Debit Card | 07/08 Chevron 00207111 Las Vegas NV Card 1565 | $ | (55.89) |
| 7/13/2015 | Debit Card | 07/10 76 00408807 Anaheim CA Card 1565 | $ | (75.00) |



To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 12 of 20

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 7/13/2015 | Debit Card | 07/13 Chevron 00205632 Brea CA Card 1565 | $ | (72.01) |
| 7/20/2015 | Debit Card | With Pin 07/18 Arco Paypoint Corona CA Card 1565 | $ | (25.21) |
| 7/21/2015 | Debit Card | 07/20 Chevron 00303835 Corona CA Card 1565 | $ | (25.48) |
| 7/21/2015 | Debit Card | With Pin 07/21 Chevron/Ron Rose Brea CA Card 1565 | $ | (24.05) |
| 7/22/2015 | Debit Card | 07/21 Chevron 00205632 Brea CA Card 1565 | $ | (90.00) |
| | | **Total** | **$** | **(5,451.63)** |
| | | **Auto** | | |
| 12/15/2014 | Debit Card | 12/12 Metro Express Lanes 877-2246511 CA Card 4084 | $ | (55.05) |
| 12/29/2014 | Debit Card | 12/27 Crater Lake Ford Medford OR Card 4084 | $ | (150.44) |
| 12/29/201 | Debit Card | With Pin 12/28 Firestone 014117 Portland OR Card 4084 | $ | (50.35) |
| 1/15/2015 | Check | Check #1046 DMV Renewal | $ | (300.00) |
| 2/2/2015 | Debit Card | With Pin 02/02 Fritts Ford 1 Riverside CA Card 4084 | $ | (163.50) |
| 2/12/2015 | Debit Card | 02/10 Oc Parking Civic Ctr Santa Ana CA Card 4084 | $ | (3.00) |
| 3/2/2015 | Debit Card | 02/26 U-Haul Ctr Orlando Orlando FL Card 4084 | $ | (159.72) |
| 3/2/2015 | Debit Card | 02/26 U-Haul Ctr Orlando Orlando FL Card 4084 | $ | (70.32) |
| 3/4/2015 | Debit Card | 03/03 Safelite Autoglass 614-210-9186 OH Card 4084 | $ | (100.00) |
| 3/16/2015 | Debit Card | 03/13 Ampco Parking 8383 W Beverly Hills CA Card 4084 | $ | (4.00) |
| 3/19/2015 | Debit Card | With Pin 03/19 76 / Brea Car Wash Brea CA Card 4084 | $ | (99.99) |
| 3/24/2015 | Debit Card | 03/22 Budget Rentacartolls 866-642-2000 NY Card 4084 | $ | (20.80) |
| 4/3/2015 | Debit Card | With Pin 04/03 Jiffy Lube #1936 Ontario CA Card 4084 | $ | (88.49) |
| 5/11/2015 | Debit Card | With Pin 05/11 Autozone 5519 105 W LA Brea CA Card 4084 | $ | (31.30) |
| 5/26/2015 | Debit Card | 05/22 Jiffy Lube #1668 Phoenix AZ Card 0405 | $ | (286.64) |
| 6/1/2015 | Debit Card | 05/30 Metro Express Lanes 877-2246511 CA Card 0405 | $ | (59.05) |
| 6/3/2015 | Debit Card | With Pin 06/02 Fast Trak #2 Fabens TX Card 6946 | $ | (64.93) |
| 7/6/2015 | Debit Card | 07/02 Quick Lube & Oil Mount Shasta CA Card 1565 | $ | (254.84) |
| 7/6/2015 | Debit Card | With Pin 07/06 Jiffy Lube #3090 Rchcucamonga CA Card 1565 | $ | (211.75) |
| 7/7/2015 | Debit Card | 07/06 Ford of West Covina West Covina CA Card 1565 | $ | (60.16) |
| | | **Total** | **$** | **(2,234.39)** |
| | | **Electronics purchase** | | |
| 12/26/2014 | Debit Card | 12/24 Msft    *Microsoftstore Bill.MS.Net WA Card 4084 | $ | (219.99) |
| 1/5/2015 | Debit Card | With Pin 01/04 Fry's Electronics    # Burbank CA Card 4084 | $ | (384.11) |
| 1/12/2015 | Debit Card | With Pin 01/12 Fry's Electronics    Fountain Vly CA Card 4084 | $ | (1,458.84) |
| 1/14/2015 | Debit Card | With Pin 01/14 Sou Best Buy #179 161 Culver City CA Card 4084 | $ | (1,535.99) |
| 1/20/2015 | Debit Card | With Pin 01/18 Fry's Electronics    # Anaheim CA Card 4084 | $ | (219.19) |
| 2/9/2015 | Debit Card | 02/06 Apple Store #R094 Rancho Cucamo CA Card 4084 | $ | (574.92) |
| 3/12/2015 | Debit Card | 03/11 Paypal *Parts4Dell 402-935-7733 CA Card 4084 | $ | (21.99) |
| 3/19/2015 | Debit Card | 03/17 Jameco/Jimpak Electro 650-592-8097 CA Card 4084 | $ | (541.38) |
| | | **Total** | **$** | **(4,956.41)** |
| | | **Miscellaneous purchase** | | |
| 12/8/2014 | Debit Card | 12/05 Racetrac143    00001438 Carrollton TX Card 4084 | $ | (4.20) |
| 12/11/2014 | Debit Card | 12/11 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4084 | $ | (522.99) |
| 12/17/2014 | Debit Card | With Pin 12/17 Wal-Mart #2523 Brea CA Card 4084 | $ | (1,200.00) |
| 12/24/2014 | Debit Card | With Pin 12/24 Costco Whse #0133 Redding CA Card 4084 | $ | (1,164.24) |
| 12/26/2014 | Debit Card | 12/24 Mrtn'Sofchgo/CAP.Mall Sacramento CA Card 4084 | $ | (150.00) |
| 12/29/2014 | Debit Card | 12/27 Walmart.Com 800966654 800-966-6546 AR Card 4084 | $ | (122.48) |


**FRAZER**, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 13 of 20

| | | | | |
|---|---|---|---|---|
| 1/28/2015 | Debit Card | 01/26 The Home Depot 6657 LA Habra CA Card 4084 | $ | (159.25) |
| 1/29/2015 | Debit Card | 01/27 Safemart 785-4372534 KS Card 4084 | $ | (524.25) |
| 1/29/2015 | Debit Card | 01/27 Homedepot.Com 800-430-3376 GA Card 4084 | $ | (90.03) |
| 1/30/2015 | Debit Card | 01/28 Homedepot.Com 800-430-3376 GA Card 4084 | $ | (30.15) |
| 2/2/2015 | Debit Card | With Pin 01/31 Wm Supercenter # Corona (S) CA Card 4084 | $ | (276.35) |
| 2/2/2015 | Debit Card | With Pin 01/31 Wal Wal-Mart Super 340 Corona (S) CA Card 4084 | $ | (101.48) |
| 2/10/2015 | Debit Card | With Pin 02/10 Cvs 09190 Corona CA Card 4084 | $ | (74.81) |
| 2/12/2015 | Debit Card | 02/10 The Home Depot 6657 LA Habra CA Card 4084 | $ | (1,101.44) |
| 2/17/2015 | Debit Card | 02/17 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4084 | $ | (415.49) |
| 2/18/2015 | Debit Card | 02/16 The Home Depot 6657 LA Habra CA Card 4084 | $ | (72.09) |
| 2/27/2015 | Debit Card | With Pin 02/26 Wm Supercenter # Corona CA Card 4084 | $ | (89.61) |
| 3/23/2015 | Debit Card | 03/23 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 4084 | $ | (175.61) |
| 3/25/2015 | Debit Card | 03/24 Lowes #01562* 562-690-5122 NC Card 4084 | $ | (2,480.42) |
| 3/30/2015 | Debit Card | 03/28 Lowes #01562* 562-690-5122 CA Card 4084 | $ | (1,874.71) |
| 4/29/2015 | Debit Card | With Pin 04/29 Samsclub #6615 Fountain Vall CA Card 4084 | $ | (3,006.57) |
| 5/1/2015 | Debit Card | With Pin 05/01 Vons    Store 2326 Brea CA Card 4084 | $ | (192.98) |
| 5/11/2015 | Debit Card | 05/08 Walmart.Com 800966654 800-966-6546 AR Card 4084 | $ | (64.65) |
| 5/28/2015 | Debit Card | 05/26 The Home Depot #1072 Brea CA Card 0405 | $ | (666.52) |
| 5/28/2015 | Debit Card | 05/27 Lowes #01030* 714-447-6140 NC Card 0405 | $ | (443.70) |
| 6/1/2015 | Debit Card | 05/29 Lowes #01591* 562-942-9909 NC Card 0405 | $ | (827.71) |
| 6/3/2015 | Debit Card | 06/02 Lowes #01591* 562-942-9909 NC Card 6946 | $ | (1,263.84) |
| 6/3/2015 | Debit Card | 06/03 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 6946 | $ | (14.95) |
| 6/15/2015 | Debit Card | With Pin 06/14 Samsclub #4735 LA Habra CA Card 6946 | $ | (528.68) |
| 6/16/2015 | Debit Card | 06/15 Office Depot #5125 800-463-3768 CA Card 6946 | $ | (64.78) |
| 6/16/2015 | Debit Card | With Pin 06/16 Sams Club #6615 Fountain Vall CA Card 6946 | $ | (145.70) |
| 6/29/2015 | Debit Card | With Pin 06/27 The Home Depot 6665 Corona CA Card 6946 | $ | (112.24) |
| 7/2/2015 | Debit Card | With Pin 07/02 Pilot #0391 Central Poln OR Card 1565 | $ | (10.99) |
| 7/15/2015 | Debit Card | With Pin 07/15 Sams Club #4709 Corona CA Card 1565 | $ | (59.15) |
| 7/17/2015 | Debit Card | With Pin 07/17 Sams Club #4709 Corona CA Card 1565 | $ | (59.59) |
| | | **Total** | **$ (18,091.65)** | |

**Total of Debit Card Purchase    $ (50,450.83)**


**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 14 of 20

**Exhibit 4**

## Summary of East West Bank Account Transactions

The transactions in the Company's East West Bank account (account number: XX-XXXX6351) between November 2014 and July 2015 entailed six deposit transactions totaling $6,195,101, elven check payment transactions totaling $1,386,721, fifteen debit card purchase transactions totaling $2,106, twenty-eight outgoing wire transactions totaling $4,222,109, and one direct bank charges totaling $181. Of these transactions, we have identified twenty-two intercompany transfer transactions, which we have traced both the transfer-outs and transfer-ins to the bank statements of the Company's bank accounts involved. Direct bank charges are scanned and considered to be secure transactions.

The summary of all transactions from this account are as follows:

| Type of Transaction | Number of Transactions | Amount |
|---|---|---|
| Beginning Balance as of July 1st, 2014 | | |
| Payments to William Tsumpes | 3 | $(925,000) |
| Direct wire to William Tsumpes | 1 | $(2,650,000) |
| Deposit from William Tsumpes | 1 | $2,650,000 |
| Meals and entertainment** | 5 | $(301) |
| Travel expenses** | 6 | $(1,079) |
| Auto expenses** | 2 | $(613) |
| Miscellaneous purchases** | 2 | $(113) |
| Legal expenses | 2 | $(200,000) |
| Payments to the State Board of Equalization | 8 | $(122,109) |
| Insurance | 1 | $(10,235) |
| Unidentifiable payments* | 1 | $(75,000) |
| Other deposits* | 4 | $75,282 |
| Cashier check to reimbursement | 1 | $(21,486) |
| Deposit from Investor | 1 | $3,469,819 |
| Intercompany transfer | 22 | $(1,605,000) |
| Bank Charge | 1 | $(181) |
| Ending Balance as of July 31st, 2015 | | $583,983 |


**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 15 of 20

\* The unidentifiable payment of $75,000 was cashed on November 24, 2014.  The same amount was deposited back to the East West Bank account on March 24, 2015. No relevant source document was available for this transaction other than the check copy itself.

\*\* Debit card purchases totaling $2,106 with no relevant supporting document are related to William Tsumpes.


**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 16 of 20

**Exhibit 5**

### Summary of Chase Bank Account Transactions

The transactions in the Company's Chase Bank account (account number: XXXXXXXXXX5766) between November 2014 and July 2015 entailed one hundred fifty-six deposit transactions totaling $2,887,634, two hundred eighty-two check payment transactions totaling $1,061,302, seven hundred thirty-eight debit card purchase transactions totaling $248,752, one hundred forty-one outgoing wire transactions totaling $1,349,526, five withdrawal totaling $ 141,500 and nine direct bank charges totaling $2,725.
Of these transactions, we have identified twenty-two intercompany transfer transactions, which we have traced both the transfer-outs and transfer-ins to the bank statements of the Company's bank accounts involved. Direct bank charges are considered to be secure transactions and thus no further procedure was performed on them.

For payments of inventory and supplies purchases, we identified four hundred sixty-eight transactions totaling $664,428. Among those transactions, payments totaling $142,678 were traced to endorsements, receipts/invoices, purchase orders and packing slips. Payments totaling $227,843 were traced to receipts/invoices, purchase orders and packing slips.  Payments totaling $127,963 were traced to receipts/invoices and purchase orders. $11,333 were traced to receipts/invoices and packing slips. $20,362 were traced to purchase orders and packing slips. $55,981 were traced to invoices only. $69,465 were traced to purchase orders only. $8,517 were traced to packing slips only. $142,963 could not be verified as no source document was available.

The summary of all transactions from this account and our relevant findings may be summarized as follows:

| Type of Transaction | Number of Transactions | Amount | Agreed to check copies | Agreed to check endorsement only | Agreed to invoice and endorsement | Agreed to invoice only | Not agreed to invoice or endorsement |
|---|---|---|---|---|---|---|---|
| Beginning balance as November 1st, 2014 | | $(202) | | | | | |
| Check payment to William Tsumpes | 6 | $(161,898) | $(161,898) | $(147,769) | $(12,129) | - | $(2,000) |
| Direct wire to William Tsumpes** | 8 | $(173,807) | N/A | N/A | N/A | N/A | $(173,807) |
| Payments to William Tsumpes and Angel Ambriz Jr.** | 4 | $(5,310) | N/A | N/A | N/A | $(3,609) | $(1,701) |


**FRAZER**, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 17 of 20

| | | | | | | |
|---|---|---|---|---|---|---|
| ATM withdraws/ Withdraws by William Tsumpes | 9 | $(143,109) | N/A | N/A | N/A | N/A | $(143,109) |
| Payment to Seaguard Electronics | 8 | $(102,149) | N/A | N/A | N/A | $(57,450) | $(44,699) |
| Meals and entertainment* | 42 | $(5,407) | N/A | N/A | N/A | $(2,497) | $(2,910) |
| Travel Expenses/show* | 98 | $(14,310) | N/A | N/A | N/A | $(1,930) | $(12,380) |
| Other travel expenses/Show | 7 | $(3,771) | $(3,771) | $(109) | $(2,371) | $(1,291) | - |
| Gas* | 89 | $(5,451) | N/A | N/A | N/A | $(2,162) | $(3,289) |
| Gas/Other supplies | 5 | $(2,305) | $(2,305) | $(424) | $(1,881) | - | - |
| Auto payment | 4 | $(76,694) | $(75,000) | - | $(75,000) | $(1,694) | - |
| Board of directors fee | 2 | $(55,000) | N/A | N/A | N/A | N/A | $(55,000) |
| Commission | 1 | $(1,295) | $(1,295) | N/A | N/A | $(1,295) | |
| Consulting service | 57 | $(70,943) | $(70,191) | $(3,500) | $(61,461) | $(5,230) | $(752) |
| Design fee | 1 | $(23,400) | $(23,400) | - | $(23,400) | - | - |
| Auto expenses* | 20 | $(2,234) | $(300) | - | - | $(358) | $(1,876) |
| Electronics purchases* | 8 | $(4,956) | N/A | N/A | N/A | - | $(4,956) |
| Mailing expenses | 69 | $(46,718) | $(3,044) | - | - | $(20,409) | $(26,309) |
| Fax service/Printing | 7 | $(358) | N/A | N/A | N/A | $(226) | $(132) |
| Website | 1 | $(126) | N/A | N/A | N/A | - | $(126) |
| Freight/Logistics | 10 | $(16,911) | $(14,870) | $(2,100) | $(1,857) | $(10,954) | $(2,000) |
| Media & Marketing expenses | 3 | $(4,588) | $(350) | - | $(350) | $(838) | $(3,400) |
| Event/Exhibit | 5 | $(3,803) | $(3,000) | - | $(3,000) | $(88) | $(715) |
| Safety education | 1 | $(300) | N/A | N/A | N/A | - | $(300) |
| Legal expenses | 15 | $(105,230) | $(62,376) | $(1,500) | $(25,235) | $(51,995) | $(26,500) |
| Rent/Association fee | 9 | $(110,213) | $(76,628) | $(76,064) | $(564) | - | $(33,585) |
| Monthly maintenance | 1 | $(3,187) | $(3,187) | - | $(3,187) | - | - |
| Membership fee | 1 | $(300) | N/A | N/A | N/A | $(300) | - |
| Software/Software maintenance | 4 | $(75) | N/A | N/A | N/A | $(25) | $(50) |
| Accounting service | 8 | $(42,903) | $(42,903) | - | $(15,600) | $(27,303) | |


**FRAZER** LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 18 of 20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bank charge/Check order | 17 | $(10,794) | N/A | N/A | N/A | N/A | $(10,794) |
| Debt recovery service | 1 | $(826) | N/A | N/A | N/A | - | $(826) |
| Outside service/Miscellaneous service | 10 | $(5,194) | $(5,194) | - | $(5,194) | - | - |
| Insurance | 17 | $(57,913) | $(56,441) | - | $(7,445) | $(42,061) | $(8,407) |
| Landscaping | 6 | $(1,050) | $(1,050) | $(90) | $(960) | - | - |
| Patent fee | 2 | $(1,509) | $(1,509) | - | $(1,509) | - | - |
| Plumbing service | 1 | $(140) | $(140) | - | $(140) | - | - |
| Prepayment money TV(GG Capital) | 1 | $(5,000) | $(5,000) | - | - | - | $(5,000) |
| Settlement payment | 19 | $(135,076) | N/A | N/A | N/A | $(133,073) | $(2,003) |
| Sponsorship | 1 | $(9,000) | $(9,000) | - | $(9,000) | | - |
| ADP payroll payments*** | 23 | $(668,291) | N/A | N/A | N/A | $(668,291) | |
| Payment to various employees | 3 | $(2,823) | $(2,823) | $(2,823) | N/A | N/A | - |
| Utilities, Phones, Internet and Waste management bill payments | 58 | $(13,077) | N/A | N/A | N/A | $(10,571) | $(2,506) |
| Miscellaneous purchases* | 35 | $(18,092) | N/A | N/A | N/A | - | $(18,092) |
| Deposit to new account | 1 | $(1) | $(1) | - | $(1) | - | - |
| Other unidentifiable payments | 9 | $(23,839) | $(20,000) | $(20,000) | - | - | $(3,839) |
| Supplies & Inventories | 468 | $(664,429) | $(415,657) | $(55,388) | $(244,771) | $(178,351) | $(185,919) |
| All deposits | 156 | $(2,887,634) | | | | | |
| **Ending balance as of July 31st, 2015** | | **$83,627** | | | | | |

\*    Debit card purchases of $50,528 are most likely related to William Tsumpes with no relevant supporting document.

\*\* Total outgoing wires of $179,117 are directly related to William Tsumpes.

\*\*\*Total salary payments for William Tsumpes of $204,230 are included in total ADP payroll payments.

# FRAZER, LLP
Certified Public Accountants and Consultants

To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 19 of 20

**Exhibit 6**

## Summary of California United Bank Account Transactions

The transactions in the Company's California United Bank account (account number: xxx-xxx-2800) in November 2014 entailed twenty-six deposit transactions totaling $168,577, thirty-five check payment transactions totaling $76,436, forty-one debit card purchase transactions totaling $9,939, ten outgoing wire transactions totaling $80,890 and eight direct bank charges totaling $2,139. Of these transactions, we have identified 20 intercompany transfer transactions, which we have traced both the transfer-outs and transfer-ins to the bank statements of the Company's bank accounts involved. Direct bank charges are considered to be secure transactions and thus no further procedure was performed on them.

For payments of inventory and supplies purchases, we have identified fifty-three transactions totaling $39,236 paid to purchase inventory and supplies. Among of those transactions, payments totaling $3,102 were traced to receipts/invoices, purchase orders and packing slips; payments totaling $10,381 were traced to receipts/invoices and purchase orders; $4,285 were traced to receipts/invoices and packing slips; $8,459 were traced to purchase orders and packing slips; $3,906 were traced to invoices only; $2,600 were traced to purchase orders only; $207 were traced to packing slips only; $6,296 could not be verified as no source documents was available.

The rest of the disbursement transactions from this account and our relevant findings may be summarized as follows:

| Type of the transactions | Number of transactions | Amount | Agreed to the invoice | Not agreed to the invoice |
|---|---|---|---|---|
| Beginning balance as of November 1st, 2014 | | $826 | | |
| Payments to Seaguard Electronics | 1 | $(30,000) | - | $(30,000) |
| Consulting service | 4 | $(2,984) | $(2,984) | - |
| Insurance | 2 | $(12,219) | $(12,219) | - |
| Paycheck advance | 2 | $(1,000) | N/A | $(1,000) |
| Return check | 4 | $(38,277) | N/A | N/A |
| Landscaping | 1 | $(50) | - | $(50) |
| Mailing | 2 | $(5,036) | $(5,026) | $(10) |
| Gas* | 3 | $(243) | $(80) | $(163) |
| Gas for reimbursement | 1 | $(80) | $80 | - |
| Meal & Entertainment* | 2 | $(164) | N/A | $(164) |
| Electronics purchase* | 1 | $(141) | N/A | $(141) |
| ADP payroll payments | 4 | $(32,272) | $(32,272) | N/A |



To Mr. Noel Cherobrier
T3Motion
October 13, 2015
Page 20 of 20

| | | | | |
|---|---|---|---|---|
| Freight | 1 | $(969) | - | $(969) |
| Utilities, Phones, Internet and Waste management bill payments | 2 | $(1,663) | $(1,663) | - |
| Bank charge | 8 | $(2,139) | N/A | $(2,139) |
| Auto Expense | 1 | $(55) | $(55) | N/A |
| Software service | 1 | $(70) | - | $(70) |
| Debit memo | 1 | $(2,804) | N/A | $(2,804) |
| Supplies & Inventory | 53 | $(39,236) | $(21,674) | $(17,562) |
| All deposits | 26 | $(168,577) | | |
| **Ending Balance as of November 30, 2014\*\*** | | - | . | |

*Debit card purchases of $548 are most likely related with William Tsumpes.
**Bank account was closed on November 30, 2014 with zero balance.

We also have reviewed the Company's California United Bank account (account number: xxx-xxx-1000) transactions in November 2014, which entailed twenty-one deposit transactions totaling $106,280 and twenty outgoing wire transactions totaling $110,190. Of these transactions, we have identified 20 intercompany transfer transactions, which we have traced both the transfer-outs and transfer-ins to the bank statements of the Company's bank accounts involved. The beginning account balance as of November 1st, 2014 was $3,910. This account was closed on November 30, 2014 with zero balance.